109

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6501

S. MELTZER AND SONS, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF GENERAL SERVICES AND MENTAL HEALTH, Respondent.

*Opinion filed November 3, 1972.*

S. MELTZER AND SONS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6700

CURTIS ANDERSON, Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF VOCATIONAL REHABILITATION, Respondent.

*Opinion filed November 3, 1972.*

CURTIS ANDERSON, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.